UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Defendant*. | Civil Action No. 18-1268 (KBJ) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant U.S. Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a 14-day extension of time to answer or otherwise respond to Plaintiff's Complaint. This is Defendant's first extension request in this matter. The grounds for this motion are set forth below and a proposed order is attached.

Plaintiff Electronic Privacy Information Center ("EPIC") brought an action against DHS under the Freedom of Information Act, 5 U.S.C. § 552, the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 551–706, the E-Government Act of 2002, 44 U.S.C. § 3501, and the Declaratory Judgment Act, 28 U.S.C. § 2201(a), to secure the production and release of records from DHS. Compl., May 30, 2018 (ECF No. 1). "Specifically, EPIC seeks the release of a Privacy Impact Assessment ("PIA") for 'Media Monitoring Services' and challenges (1) the DHS's failure to conduct and publish a PIA prior to the agency's April 3, 2018 solicitation of 'Media Monitoring Services'; (2) the DHS's failure to make a timely decision about EPIC's FOIA request for the Media Monitoring Services PIA and related records; and (3) the DHS's

failure to release records responsive to EPIC's request." *Id.* ¶ 2.  EPIC seeks injunctive and other relief.  *Id.*

Based on the date of service of the summons and complaint on the U.S. Attorney's Office, Defendant's response is due on July 5, 2018.[1]  Defendant requests that the deadline be extended by 14 days until July 19, 2018.  Undersigned counsel has started the process of working with DHS to investigate the allegations in the Complaint, including the status of DHS's response to the FOIA request, but that work is still ongoing.  DHS requests a 14-day extension to provide its counsel additional time needed to prepare an appropriate response to the complaint.  EPIC consents to a 14-day extension.  For the foregoing reasons, and for good cause shown, Defendant respectfully requests that the Court extend the time for it to file its initial response to the complaint until July 19, 2018.

July 5, 2018

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:   */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

---

[1] Technically, Defendant's response is not due until August 5, 2018, because the complaint includes an APA claim for which the government has sixty days to respond.  *See* Fed. R. Civ. P. 12(a)(2).  Defendant nonetheless moves for an enlargement out of an abundance of caution because the Court's docket, which classifies this as a FOIA suit, provides that Defendant's response is due by July 5, 2018.

Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov