# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Defendant*. | Civil Action No. 18-1268 (KBJ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time and the entire record herein, it is this _____ day of _____, 2018,

**ORDERED** that Defendant's Motion for Extension of Time be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until July 19, 2018, to respond to Plaintiff's Complaint.

**SO ORDERED**.

_____                          _____
Date                                                                          United States District Judge