## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 18-1268 (KBJ) |

## **JOINT PROPOSED SCHEDULE FOR DISCLOSURE**

The parties, through counsel, submit this Joint Proposed Schedule for Disclosure in response to the Court's Minute Order, dated September 4, 2018, and the Court's General Order and Guidelines Applicable to FOIA Cases (ECF No. 9). This Joint Proposed Schedule sets forth the parties' agreement and proposed schedule for processing and disclosure of records in this Freedom of Information Act ("FOIA") case.

Defendant U.S. Department of Homeland Security ("DHS") issued an initial response from the National Protection and Programs Directorate ("NPPD") FOIA Office on August 3, 2018. As explained to Plaintiff Electronic Privacy Information Center ("EPIC") in the August 3 release letter, a search of NPPD was completed and produced a total of 421 pages of records. After removing duplicates and non-responsive pages, 238 pages required further review. These pages were referred by the NPPD FOIA Office to the DHS Privacy Office, because it was determined that the DHS Office of the Procurement Officer had equities in the information. The DHS Privacy Office processes the records for all of the DHS headquarter offices, such as the Office of the Procurement Officer, without independent FOIA offices. The DHS Privacy

Office's review of the referred records is ongoing. DHS will complete its review and release all responsive, non-exempt records, or portions of records, to Plaintiff by Friday, October 12, 2018.

Based on the foregoing, the parties propose to file a further Joint Status Report by October 26, 2018, providing an update on the processing and release of the records and recommending the course of further proceedings.

| | |
|---|---|
| September 18, 2018 | Respectfully submitted, |
| | |
| */s/ Alan Butler* | JESSIE K. LIU |
| ALAN BUTLER, D.C. Bar # 1012128 | D.C. Bar 472845 |
| EPIC Senior Counsel | United States Attorney |
| | |
| MARC ROTENBERG, D.C. Bar # 422825 | DANIEL F. VAN HORN |
| EPIC President and Executive Director | D.C. Bar 924092 |
| | Chief, Civil Division |
| JOHN DAVISSON, D.C. Bar #1531914 | |
| EPIC Counsel | By: */s/ Daniel P. Schaefer* |
| | DANIEL P. SCHAEFER |
| ELECTRONIC PRIVACY | D.C. Bar 996871 |
| INFORMATION CENTER | Assistant United States Attorney |
| 1718 Connecticut Avenue, N.W. | 555 4th Street, N.W. |
| Suite 200 | Washington, D.C. 20530 |
| Washington, D.C. 20009 | (202) 252-2531 |
| (202) 483-1140 (telephone) | Daniel.Schaefer@usdoj.gov |
| (202) 483-1248 (facsimile) | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |