UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Defendant*. | Civil Action No. 18-1268 (KBJ) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, through counsel, submit this Joint Status Report and Proposed Schedule pursuant to the Court's Minute Order, dated September 18, 2018, and the Court's General Order and Guidelines Applicable to FOIA Cases (ECF No. 9). The Parties are available for a conference call to discuss the schedule with the Court, if necessary, between 2-5pm on the following dates: October 16, October 18, and October 19.

Defendant's Statement

The Department of Homeland Security's ("DHS") Privacy Office issued a final response to Plaintiff's Freedom of Information Act ("FOIA") request on October 11, 2018. DHS's Privacy Office also referred four pages of records to the Federal Emergency Management Agency ("FEMA"), a separate Agency within DHS, and referred four pages to the Department of State ("State"), for further processing and direct response to Plaintiff. Because further processing remains to be completed at FEMA and State, Defendant proposes that the parties file a further joint status report on or before November 26, 2018. Defendant requests that Plaintiff

review the October 11 response and notify Defendant by November 12 if any disputes remain as to those records.

<u>Plaintiff's Statement</u>

In the Joint Status Report filed on September 18, 2018, the agency represented to EPIC and to the Court that "DHS will complete its review and release all responsive, non-exempt records, or portions of records, to Plaintiff by Friday, October 12, 2018." But in the October 11, 2018, Response Letter the agency stated that they have referred "four pages of records to the FOIA Officer for FEMA, Eric Neuschaefer, and four pages the [sic] Department of State, for processing and direct response to you." As a result of this referral, the agency has not provided all responsive, non-exempt records to EPIC. In consultation over this status report, EPIC indicated it that it would accept two weeks as a reasonable period for processing and release of the remaining eight pages of records. The agency has declined to agree to produce the eight pages in two weeks, or to set any date certain for production.

EPIC proposes that the Court order the agency to produce all responsive, non-exempt pages (or portions thereof) from the eight page set by October 26, 2018. The parties would then file a Processing and Disclosure Completion Notice, pursuant to this Court's Guidelines, on or before December 10, 2018.

October 12, 2018                               Respectfully submitted,

MARC ROTENBERG, D.C. Bar # 422825         JESSIE K. LIU
EPIC President and Executive Director     D.C. Bar 472845
                                          United States Attorney
 /s/ Alan Butler
ALAN BUTLER, D.C. Bar # 1012128           DANIEL F. VAN HORN
EPIC Senior Counsel                       D.C. Bar 924092
                                          Chief, Civil Division
JOHN DAVISSON, D.C. Bar #1531914

| | |
|---|---|
| EPIC Counsel | By: */s/ Daniel P. Schaefer* |
| | DANIEL P. SCHAEFER |
| ELECTRONIC PRIVACY | D.C. Bar 996871 |
| INFORMATION CENTER | Assistant United States Attorney |
| 1718 Connecticut Avenue, N.W. | 555 4th Street, N.W. |
| Suite 200 | Washington, D.C. 20530 |
| Washington, D.C. 20009 | (202) 252-2531 |
| (202) 483-1140 (telephone) | Daniel.Schaefer@usdoj.gov |
| (202) 483-1248 (facsimile) | |
| butler@epic.org | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |