## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Defendant*. | Civil Action No. 18-1268 (KBJ) |

## JOINT STATUS REPORT

      The parties, through counsel, submit this Joint Status Report to advise the Court on the status of the case and propose a schedule for further proceedings. As previously reported, Defendant has completed its processing and disclosure of records in this case. The parties have since been exchanging settlement communications in an effort to resolve this lawsuit. The parties' settlement discussions are still ongoing. Since the filing of the parties' previous Joint Status Report on February 11, 2019, the parties have continued to engage in settlement discussions but it is apparent that more time is required to fully resolve the merits. The parties request thirty additional days to continue these discussions, with the parties' next joint status report due by March 25, 2019. A proposed order is attached.

| | |
|---|---|
| February 21, 2019 | Respectfully submitted, |

| | |
|---|---|
| MARC ROTENBERG, D.C. Bar # 422825<br>EPIC President and Executive Director | JESSIE K. LIU<br>D.C. Bar 472845<br>United States Attorney |
| */s/ Alan Butler*<br>ALAN BUTLER, D.C. Bar # 1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division |
| JOHN DAVISSON, D.C. Bar #1531914<br>EPIC Counsel | By:  */s/ Daniel P. Schaefer*<br>DANIEL P. SCHAEFER<br>D.C. Bar 996871 |
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile) | Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2531<br>Daniel.Schaefer@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |