# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION
CENTER,

     *Plaintiff*,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,

     *Defendant*.

Civ. A. No. 18-1268 (KBJ)

## <u>JOINT STATUS REPORT</u>

The parties, through counsel, submit this Joint Status Report pursuant to the Court's Minute Order dated May 30, 2019, to advise the Court on the status of the parties' settlement discussions and propose a schedule for further proceedings.

Plaintiff made a fee demand on May 22, 2019, to which Defendant responded on June 24, 2019. The parties request an additional 17 days to continue their settlement discussions. The parties jointly propose that the Court order the parties to file another Joint Status Report on or before July 11, 2019, if a stipulation of dismissal has not yet been filed by that date.

June 24, 2019                                    Respectfully submitted,

MARC ROTENBERG, D.C. Bar # 422825              JESSIE K. LIU
EPIC President and Executive Director           D.C. Bar 472845
                                                United States Attorney
ALAN BUTLER, D.C. Bar # 1012128
EPIC Senior Counsel                             DANIEL F. VAN HORN
                                                D.C. Bar 924092
*/s/ John Davisson*                             Chief, Civil Division
JOHN DAVISSON, D.C. Bar #1531914
EPIC Counsel                                    By:  */s/ Daniel P. Schaefer*
                                                DANIEL P. SCHAEFER
ELECTRONIC PRIVACY                              D.C. Bar 996871
INFORMATION CENTER                              Assistant United States Attorney
1718 Connecticut Avenue, N.W.                   555 4th Street, N.W.
Suite 200                                       Washington, D.C. 20530
Washington, D.C. 20009                          (202) 252-2531
(202) 483-1140 (telephone)                      Daniel.Schaefer@usdoj.gov
(202) 483-1248 (facsimile)
                                                *Attorneys for Defendant*
*Attorneys for Plaintiff*

2